# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT L. KING, MYTSOOKO KING, FIRST ) <br> BANK PUERTO RICO, INTERNAL REVENUE ) <br> SERVICE OF THE UNITED STATES OF ) <br> AMERICA, and JOHN DOE, ) <br> ) <br> Defendants. ) | Civil No. 2016-62 |

## TRIAL MANAGEMENT ORDER

      The parties were before the Court on their Proposed Scheduling and Discovery Order and for an initial pretrial conference on January 10, 2017. The Kings may be contemplating a possible third party action in addition to their counterclaim. No party believes at this point that experts will be needed, but have left the possibility open. The premises considered, it is hereby ORDERED that the parties shall adhere to the following schedule:

1. The parties with the exception of the Kings have disclosed information and documents pursuant to Rule 26(a)(1), and shall supplement such disclosures as necessary. The Kings shall make such disclosures no later than January 31, 2017.

2. The deadline for seeking leave to amend pleadings or add new parties is March 21, 2017.

3. Fact discovery shall be completed by June 1, 2017.

4. The parties shall commence mediation by June 30, 2017, or earlier as agreed.

5. All discovery shall be completed by September 1, 2017.

6. The parties shall jointly contact the Court to attempt an informal resolution of any discovery disputes prior to filing discovery motions as provided in their plan.

7. The production of privileged or work-product protected documents, as electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). This Order does not prevent any party from seeking a determination from the Court about whether a document or information, whether withheld or produced, is privileged or work product protected.

8. The parties shall file dispositive motions no later than September 1, 2017. The time for filing responses and replies may not be extended without leave of Court.

9. The parties shall file their proposed joint final pretrial order no later than January 2, 2018.

10. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than January 10, 2018.

11. The final pretrial conference in this matter shall begin promptly at **11:00 a.m. on January 3, 2018.**

12. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on January 17, 2018.** The trial period extends from January 17, 2018 to January 26, 2018. To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses and counsel should arrange their schedules accordingly.

13. A status conference is scheduled for **April 4, 2017 at 10:00 a.m.**

14. This Order supersedes any scheduling order that may have previously been entered in this matter.

15. Counsel shall be familiar with the Court's Policies and Procedures, available at http://www.vid.uscourts.gov. For trial preparation purposes, parties should pay particular attention to the requirements regarding the timing for, and resolution of objections to, deposition designations, and the requirements for exhibit preparation.

**Dated:** January 10, 2017        S_____
                                  **RUTH MILLER**
                                  United States Magistrate Judge